[No. 52181-1-I.   Division One.   September 27, 2004.]

GORDON WOODLEY, *Appellant*, v. PHILLIP G. ARNOLD, ET AL.,
*Respondents*.

Appeal from judgments of the Superior Court for King County, No. 02-2-00865-8, Michael S. Spearman, J., entered January 7 and March 31, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington, A.C.J., and Coleman, J.

[No. 52340-6-I.   Division One.   September 27, 2004.]

MARK SHIELDS, *Appellant*, v. WESTERN PARTITIONS, INC., ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-07313-1, James A. Doerty, J., entered April 28, 2003. *Affirmed* by unpublished opinion per Ellington, A.C.J., concurred in by Agid and Becker, JJ.

[No. 52429-1-I.   Division One.   September 27, 2004.]

SEA MAR COMMUNITY HEALTH CENTERS, *Appellant*, v. THE
DEPARTMENT OF SOCIAL AND HEALTH
SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-23923-4, Terence Lukens, J., entered May 1, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Becker, JJ.

[No. 52437-2-I.   Division One.   September 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLISON L. ARNOLD,
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-01233-1, Larry E. McKeeman, J., entered May 28, 2003. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Agid, J.